UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.              Case No. 16-CR-51-PP

JUSTIN PETRY,

    Defendant.

---

**ORDER GRANTING UNITED STATES' MOTION TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT (DKT. NO. 129)**

---

  The government filed a motion under 18 U.S.C. §§3613(a) and 3664(n), asking the court to enter an order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for the defendant, in order to pay the special assessment and criminal restitution the court ordered as part of his sentence. Dkt. No. 129. The memorandum in support of the motion indicated that the Bureau of Prisons maintains in its possession, custody or control approximately $7,206.98 in funds belonging to the defendant, and that those funds were in the defendant's trust account. See Dkt. No. 130 at ¶3.

  The government filed a Certificate of Service by Mailing, dkt. no. 130-2, which indicates that on March 13, 2018, a member of the Financial Litigation Unit of the U.S. Attorney's Office mailed a copy of the motion and memorandum in support of that motion to Mr. Justin Petry, Reg. No. 15629-

089, FCI Elkton, Federal Correctional Institution, P.O. Box 10, Lisbon, OH 44432.

The defendant has not responded to the government's motion.

The court **GRANTS** the United States of America's motion to authorize payment from inmate trust account. Dkt. No. 129.

The court **ORDERS** that the Bureau of Prisons is authorized to turn over to the Clerk of Court for the Eastern District of Wisconsin $1,859.66 of the funds currently held in the trust account for the following inmate:

Mr. Justin Petry, Reg. No. 15629-089
FCI Elkton
Federal Correctional Institution
8730 Scroggs Road
Lisbon, OH 44432

The Clerk of Court shall accept these funds, and shall apply them to satisfy the special assessment and criminal restitution owed by the defendant.

Dated in Milwaukee, Wisconsin this 5th day of April, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**